UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Republican National Committee, California Republican Party, Republican Party of San Diego County, and Michael Steele, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Civil No. 08-1953 (BMK)(RJL)(RMC) |
| v. | ) ) | Three-Judge Court |
| Federal Election Commission, | ) ) |  |
| Defendant, | ) ) |  |
| Democratic National Committee and Representative Christopher Van Hollen, Jr., | ) ) ) ) |  |
| Intervenors. | ) ) |  |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this 26th day of March, 2010, hereby

**ORDERED** that Defendant Federal Election Commission's Motion for Summary Judgment [#56] is **GRANTED**; it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment [#21] is **DENIED**; it is further

**ORDERED** that Defendant Federal Election Commission's Motion To Dismiss [#20] is **DISMISSED AS MOOT**; and it is further

**ORDERED** that final judgment be entered for the defendant.

**SO ORDERED.**

*[signature]*
BRETT M. KAVANAUGH
United States Circuit Judge

*[signature]*
RICHARD J. LEON
United States District Judge

*[signature]*
ROSEMARY M. COLLYER
United States District Judge